UNITED STATES of America,
Plaintiff–Appellee,

v.

Joseph Ricky DODD, a/k/a Big Stuff,
Defendant–Appellant.

No. 03–6538.

United States Court of Appeals,
Fourth Circuit.

Submitted June 12, 2003.

Decided June 23, 2003.

Joseph Ricky Dodd, Appellant Pro Se. Laura P. Tayman, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Joseph Ricky Dodd appeals the district court's order denying his motion to reduce his sentence under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Dodd,* Nos. CR–96–153; CA–00–896–2 (E.D.Va. Mar. 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*